**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

                                        **Case No. 8:25-CR-425-MSS-LSG**

**v.**

**MICHAEL ENRIQUE HAYLOCK GUILLEN**
_____/

## NOTICE OF FILING COURSES TAKEN BY DEFENDANT

COMES NOW, the Defendant, MICHAEL ENRIQUE HAYLOCK GUILLEN, by and through the undersigned counsel and hereby files the various course taken by the Defendant.

                        Respectfully Submitted,

                        /S/ Jerry Theophilopoulos
                        JERRY THEOPHILOPOULOS, ESQ.
                        jerry@theolaw.com
                        **THEOPHILOPOULOS LAW, P.A.**
                        649 E. Tarpon Ave.
                        Tarpon Springs, FL 34689
                        Office:  (727) 945-1112
                        FBN: 0068380
                        Attorney for Haylock Guillen

### Certificate of Service

I hereby certify that on this May 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice to electronic filing to all interested parties.

                        /S/ Jerry Theophilopoulos
                        JERRY THEOPHILOPOULOS, ESQ.
                        jerry@theolaw.com
                        **THEOPHILOPOULOS LAW, P.A.**

649 E. Tarpon Ave.
Tarpon Springs, FL 34689
Office:  (727) 945-1112
FBN: 0068380
Attorney for Haylock Guillen