

## CYPHERWORX.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## 12-Step Recovery Programs

on

December 17, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## A Student Guide to Drug and Alcohol Abuse

on

November 25, 2025

Clock Hours: 0.50
CEUs Earned: 0.05



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CYPHER**WORX**

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Abuso de sustancias (Spanish) Substance Abuse

on

February 7, 2026

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Adaptarse al Cambio (Spanish) Adapting to Change

on

December 27, 2025

Clock Hours: 0.25
CEUs Earned: 0.03



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Adapting to Change

on

December 17, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Adult and Child CPR (Corrections)

on

December 26, 2025

Clock Hours: 2.00
CEUs Earned: 0.2



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHER**WORX.**

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Advanced Interpersonal Communication: Building Relationships Through Feedback

on

January 14, 2026

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Advanced Interpersonal Communication: First Impressions and Building Rapport

on

January 16, 2026

Clock Hours: 0.67
CEUs Earned: 0.07



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHERWORX.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Advanced Interpersonal Communication: Organizational Culture

on

January 7, 2026

Clock Hours: 1.34
CEUs Earned: 0.13



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Asbestos Safety Awareness

on

December 18, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CYPHER**WORX**.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Basic First Aid

on

December 15, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Basic Spanish Skills

on

December 16, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Bed Bug Protection Tips

on

December 18, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Bloodborne Pathogens and HIV (Corrections)

on

January 19, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Budgeting: Budgeting Fundamentals

on

January 22, 2026

Clock Hours: 1.33
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Budgeting: Capital Budgets

on

January 26, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Business Problem Solving: Problem-Solving Teams

on

February 11, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Bystander Intervention Training

on

January 21, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CYPHER**WORX**.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Caidas en la Construccion (Spanish) Falls in Construction

on

December 18, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## California Harassment Prevention Training for Team Members (Corrections)

on

January 23, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHERWORX.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## California Harassment Prevention Training for Team Members (Spanish) (Corrections)

on

December 27, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Capacitación sobre seguridad en andamios y escaleras de mano (Spanish) Scaffold and Ladder Safety Training

on

December 19, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Careers Without College

on

January 11, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHERWORX.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Carreras sin universidad (Spanish) Careers Without College

on

December 28, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Cartas de Presentación (Spanish) Cover Letters

on

December 28, 2025

Clock Hours: 0.75
CEUs Earned: 0.08



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## CERT Firefighter Rehab Operations

on

December 21, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## CERT Unit 1: Disaster Preparedness

on

December 23, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## Certifies that

# MIKE HAYLOCKGUILLEN

## has successfully completed

## CERT Unit 2: Organization

on

December 21, 2025

Clock Hours: 0.75
CEUs Earned: 0.08



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## CERT Unit 3 and 4: Disaster Medical Operations

on

December 24, 2025

Clock Hours: 1.50
CEUs Earned: 0.15



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## CERT Unit 6: Fire Safety and Utility Controls

on

January 27, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## CERT Unit 7: Light Search & Rescue Operations

on

January 28, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Coaching: Communication

on

January 11, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Combating Sexual Harassment in the Workplace (Spanish) (Corrections)

on

December 28, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Comunicación Empresarial (Spanish) Business Communication

on

December 29, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Conceptos básicos de informática (Spanish) Computer Basics

on

December 29, 2025

Clock Hours: 3.00
CEUs Earned: 0.3



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Conciencia Cognitiva (Spanish) Cognitive Awareness

on

December 30, 2025

Clock Hours: 1.25
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Concienciación sobre el maltrato doméstico (Spanish) Domestic Abuse Awareness

on

February 23, 2026

Clock Hours: 2.00
CEUs Earned: 0.2



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Construction Hazards

on

January 2, 2026

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Convertirse en Experto en Tecnología (Spanish) Becoming Tech Savvy

on

February 9, 2026

Clock Hours: 2.00
CEUs Earned: 0.2



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Correcting Performance Problems: Disciplining Employees

on

January 29, 2026

Clock Hours: 1.67
CEUs Earned: 0.17



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Creating a Safety Program

on

February 12, 2026

Clock Hours: 1.75
CEUs Earned: 0.18



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Critical Thinking and Decision-Making

on

January 30, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Electrical Safety

on

January 9, 2026

Clock Hours: 0.75
CEUs Earned: 0.08



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CYPHER**WORX**.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Electricity

on

November 24, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Elegir la mejor solución (Spanish) Choosing the Best Solution

on

December 28, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Elements of an Effective Safety and Health Program

on

February 1, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHER**WORX**™

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Emergency First Aid

on

February 2, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Enfermedades por calor (Spanish) Heat Illness

on

December 31, 2025

Clock Hours: 0.75
CEUs Earned: 0.08



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHER**WORX**

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Ergonomía (Spanish) Ergonomics

on

### January 1, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Experiencias Profesionales (Spanish) Career Experiences

on

January 2, 2026

Clock Hours: 0.75
CEUs Earned: 0.08



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Falls in Construction

on

February 1, 2026

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CYPHER**WORX**.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Forklift Safety

on

January 12, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## GED: Introduction to the GED

on

December 18, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## GED: Math - Unit 01: Tools

on

December 19, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHER**WORX**™

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## GED: Math - Unit 02: Introduction to Real Numbers

on

December 19, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







# CYPHER**WORX**.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## GED: Math - Unit 04: Introduction to Geometry

on

January 15, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## GED: Math - Unit 05: Coordinate Plane

on

February 5, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Introduccian y Conocimiento de OSHA (Spanish) Introduction and Understanding of OSHA

on

January 3, 2026

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHERWORX.

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## La Creatividad (Spanish) Creativity

on

January 4, 2026

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Manejo de la Ira (Spanish) Anger Management

on

January 4, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Parenting: ADHD (Corrections)

on

December 19, 2025

Clock Hours: 0.50
CEUs Earned: 0.05



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Parenting: Art and Sensory Experiences that Foster Creativity (Corrections)

on

December 20, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Parenting: Food Safety Practices (Corrections)

on

December 26, 2025

Clock Hours: 0.50
CEUs Earned: 0.05



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Pensamiento Crítico y la Toma de Decision (Spanish) Critical Thinking and Decision-Making

on

January 6, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## CYPHER**WORX**

Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Planificación de Carrera y Salario (Spanish) Career Planning and Salary

on

January 13, 2026

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Relaciones Contenciosas (Spanish) Contentious Relationships

on

January 6, 2026

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







## Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Safety Communication and Training Techniques

on

December 22, 2025

Clock Hours: 1.50
CEUs Earned: 0.15



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Sales Skills: Basic: The Sales Presentation

on

February 13, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

Sexual Harassment Prevention for Employees (Corrections)

on

February 4, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# MIKE HAYLOCKGUILLEN

has successfully completed

## Workplace Basics

on

January 20, 2026

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# Transcript for MIKE HAYLOCKGUILLEN

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Step Recovery Programs | E-Learning Course | Dec 17, 2025 | Dec 17, 2025 | 0.15 | 1.50 | Passed | 90 | - | Dec 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Bid for Fortune - Guy Boothby | E-Learning Course | Dec 18, 2025 | Dec 18, 2025 | 0 | 6.00 | In Progress | 0 | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.05 | 0.50 | Passed | 0 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Abuso de sustancias (Spanish) Substance Abuse | E-Learning Course | Feb 6, 2026 | Feb 7, 2026 | 0.15 | 1.50 | Passed | 100 | 80 | Feb 7, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adaptarse al Cambio (Spanish) Adapting to Change | E-Learning Course | Dec 27, 2025 | Dec 27, 2025 | 0.03 | 0.25 | Passed | 100 | - | Dec 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Dec 17, 2025 | Dec 17, 2025 | 0.05 | 0.50 | Passed | 0 | - | Dec 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Dec 21, 2025 | Dec 26, 2025 | 0.2 | 2.00 | Passed | 100 | - | Dec 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Jan 14, 2026 | Jan 14, 2026 | 0.08 | 0.75 | Passed | 100 | - | Jan 14, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: First Impressions and Building Rapport | E-Learning Course | Jan 16, 2026 | Jan 16, 2026 | 0.07 | 0.67 | Passed | 80 | - | Jan 16, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Organizational Culture | E-Learning Course | Jan 7, 2026 | Jan 7, 2026 | 0.13 | 1.34 | Passed | 86 | - | Jan 7, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Dec 18, 2025 | Dec 18, 2025 | 0.1 | 1.00 | Passed | 100 | - | Dec 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Dec 15, 2025 | Dec 15, 2025 | 0.1 | 1.00 | Passed | 90 | - | Dec 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Spanish Skills | E-Learning Course | Dec 15, 2025 | Dec 16, 2025 | 0.1 | 1.00 | Passed | 80 | - | Dec 16, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | Dec 18, 2025 | Dec 18, 2025 | 0.05 | 0.50 | Passed | 100 | - | Dec 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bloodborne Pathogens and HIV (Corrections) | E-Learning Course | Jan 19, 2026 | Jan 19, 2026 | 0.1 | 1.00 | Passed | 70 | 75 | Jan 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Budgeting Fundamentals | E-Learning Course | Jan 22, 2026 | Jan 22, 2026 | 0.13 | 1.33 | Passed | 100 | - | Jan 22, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Capital Budgets | E-Learning Course | Jan 26, 2026 | Jan 26, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 26, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Teams | E-Learning Course | Feb 11, 2026 | Feb 11, 2026 | 0.1 | 1.00 | Passed | 100 | - | Feb 11, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bystander Intervention Training | E-Learning Course | Jan 21, 2026 | Jan 21, 2026 | 0.1 | 1.00 | Passed | 90 | - | Jan 21, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Caidas en la Construccion (Spanish) Falls in Construction | E-Learning Course | Dec 18, 2025 | Dec 18, 2025 | 0.15 | 1.50 | Passed | 80 | - | Dec 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| California Harassment Prevention Training for Team Members (Corrections) | E-Learning Course | Jan 23, 2026 | Jan 23, 2026 | 0.1 | 1.00 | Passed | 90 | 0 | Jan 23, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| California Harassment Prevention Training for Team Members (Spanish) (Corrections) | E-Learning Course | Dec 27, 2025 | Dec 27, 2025 | 0.1 | 1.00 | Passed | 90 | - | Dec 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Capacitación sobre seguridad en andamios y escaleras de mano (Spanish) Scaffold and Ladder Safety Training | E-Learning Course | Dec 19, 2025 | Dec 19, 2025 | 0.05 | 0.50 | Passed | 100 | - | Dec 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Careers Without College | E-Learning Course | Jan 11, 2026 | Jan 11, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 11, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Carreras sin universidad (Spanish) Careers Without College | E-Learning Course | Dec 28, 2025 | Dec 28, 2025 | 0.08 | 0.75 | Passed | 80 | - | Dec 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cartas de Presentación (Spanish) Cover Letters | E-Learning Course | Dec 28, 2025 | Dec 28, 2025 | 0.08 | 0.75 | Passed | 100 | - | Dec 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Firefighter Rehab Operations | E-Learning Course | Dec 21, 2025 | Dec 21, 2025 | 0.1 | 1.00 | Passed | 100 | - | Dec 21, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 1: Disaster Preparedness | E-Learning Course | Dec 23, 2025 | Dec 23, 2025 | 0.1 | 1.00 | Passed | 80 | - | Dec 23, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 2: Organization | E-Learning Course | Dec 21, 2025 | Dec 21, 2025 | 0.08 | 0.75 | Passed | 86 | - | Dec 21, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 3 and 4: Disaster Medical Operations | E-Learning Course | Dec 24, 2025 | Dec 24, 2025 | 0.15 | 1.50 | Passed | 100 | - | Dec 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 6: Fire Safety and Utility Controls | E-Learning Course | Jan 27, 2026 | Jan 27, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 27, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 7: Light Search & Rescue Operations | E-Learning Course | Jan 28, 2026 | Jan 28, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 28, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Coaching: Communication | E-Learning Course | Jan 11, 2026 | Jan 11, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 11, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Combating Sexual Harassment in the Workplace (Spanish) (Corrections) | E-Learning Course | Dec 28, 2025 | Dec 28, 2025 | 0.08 | 0.75 | Passed | 0 | - | Dec 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Comunicación Empresarial (Spanish) Business Communication | E-Learning Course | Dec 29, 2025 | Dec 29, 2025 | 0.1 | 1.00 | Passed | 100 | 80 | Dec 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conceptos básicos de informática (Spanish) Computer Basics | E-Learning Course | Dec 29, 2025 | Dec 29, 2025 | 0.3 | 3.00 | Passed | 90 | - | Dec 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conciencia Cognitiva (Spanish) Cognitive Awareness | E-Learning Course | Dec 30, 2025 | Dec 30, 2025 | 0.13 | 1.25 | Passed | 100 | 80 | Dec 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Concienciación sobre el maltrato doméstico (Spanish) Domestic Abuse Awareness | E-Learning Course | Feb 18, 2026 | Feb 23, 2026 | 0.2 | 2.00 | Passed | 100 | 80 | Feb 23, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Hazards | E-Learning Course | Jan 2, 2026 | Jan 2, 2026 | 0.05 | 0.50 | Passed | 86 | - | Jan 2, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Convertirse en Experto en Tecnología (Spanish) Becoming Tech Savvy | E-Learning Course | Feb 9, 2026 | Feb 9, 2026 | 0.2 | 2.00 | Passed | 100 | - | Feb 9, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Correcting Performance Problems: Disciplining Employees | E-Learning Course | Jan 29, 2026 | Jan 29, 2026 | 0.17 | 1.67 | Passed | 86 | - | Jan 29, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Creating a Safety Program | E-Learning Course | Feb 12, 2026 | Feb 12, 2026 | 0.18 | 1.75 | Passed | 100 | - | Feb 12, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Jan 30, 2026 | Jan 30, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 30, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety | E-Learning Course | Jan 9, 2026 | Jan 9, 2026 | 0.08 | 0.75 | Passed | 88 | - | Jan 9, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electricity | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Elegir la mejor solución (Spanish) Choosing the Best Solution | E-Learning Course | Dec 28, 2025 | Dec 28, 2025 | 0.15 | 1.50 | Passed | 100 | 80 | Dec 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | Feb 1, 2026 | Feb 1, 2026 | 0.1 | 1.00 | Passed | 100 | - | Feb 1, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emergency First Aid | E-Learning Course | Feb 2, 2026 | Feb 2, 2026 | 0.1 | 1.00 | Passed | 100 | - | Feb 2, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Enfermedades por calor (Spanish) Heat Illness | E-Learning Course | Dec 31, 2025 | Dec 31, 2025 | 0.08 | 0.75 | Passed | 80 | - | Dec 31, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomía (Spanish) Ergonomics | E-Learning Course | Jan 1, 2026 | Jan 1, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 1, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Experiencias Profesionales (Spanish) Career Experiences | E-Learning Course | Jan 2, 2026 | Jan 2, 2026 | 0.08 | 0.75 | Passed | 100 | 80 | Jan 2, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Falls in Construction | E-Learning Course | Feb 1, 2026 | Feb 1, 2026 | 0.15 | 1.50 | Passed | 100 | - | Feb 1, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift Safety | E-Learning Course | Jan 12, 2026 | Jan 12, 2026 | 0.1 | 1.00 | Passed | 80 | - | Jan 12, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Introduction to the GED | E-Learning Course | Dec 18, 2025 | Dec 18, 2025 | 0.1 | 1.00 | Passed | 0 | - | Dec 18, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 01: Tools | E-Learning Course | Dec 18, 2025 | Dec 19, 2025 | 0.1 | 1.00 | Passed | 90 | - | Dec 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 02: Introduction to Real Numbers | E-Learning Course | Dec 19, 2025 | Dec 19, 2025 | 0.1 | 1.00 | Passed | 100 | - | Dec 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 04: Introduction to Geometry | E-Learning Course | Jan 15, 2026 | Jan 15, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 15, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 05: Coordinate Plane | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.1 | 1.00 | Passed | 100 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduccian y Conocimiento de OSHA (Spanish) Introduction and Understanding of OSHA | E-Learning Course | Jan 3, 2026 | Jan 3, 2026 | 0.08 | 0.75 | Passed | 100 | - | Jan 3, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| La Creatividad (Spanish) Creativity | E-Learning Course | Jan 4, 2026 | Jan 4, 2026 | 0.05 | 0.50 | Passed | 80 | - | Jan 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Manejo de la Ira (Spanish) Anger Management | E-Learning Course | Jan 4, 2026 | Jan 4, 2026 | 0.1 | 1.00 | Passed | 100 | 80 | Jan 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: ADHD (Corrections) | E-Learning Course | Dec 19, 2025 | Dec 19, 2025 | 0.05 | 0.50 | Passed | 90 | 80 | Dec 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Art and Sensory Experiences that Foster Creativity (Corrections) | E-Learning Course | Dec 20, 2025 | Dec 20, 2025 | 0.08 | 0.75 | Passed | 100 | 80 | Dec 20, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Food Safety Practices (Corrections) | E-Learning Course | Dec 26, 2025 | Dec 26, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Dec 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Pensamiento Crítico y la Toma de Decision (Spanish) Critical Thinking and Decision-Making | E-Learning Course | Jan 6, 2026 | Jan 6, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Planificación de Carrera y Salario (Spanish) Career Planning and Salary | E-Learning Course | Jan 13, 2026 | Jan 13, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 13, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Relaciones Contenciosas (Spanish) Contentious Relationships | E-Learning Course | Jan 6, 2026 | Jan 6, 2026 | 0.15 | 1.50 | Passed | 80 | - | Jan 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safety Communication and Training Techniques | E-Learning Course | Dec 22, 2025 | Dec 22, 2025 | 0.15 | 1.50 | Passed | 89 | - | Dec 22, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Sales Skills: Basic: The Sales Presentation | E-Learning Course | Feb 13, 2026 | Feb 13, 2026 | 0.1 | 1.00 | Passed | 100 | - | Feb 13, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Sexual Harassment Prevention for Employees (Corrections) | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.1 | 1.00 | Passed | 80 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Workplace Basics | E-Learning Course | Jan 20, 2026 | Jan 20, 2026 | 0.1 | 1.00 | Passed | 100 | - | Jan 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |