**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| | |
|---|---|
| CASE NO.  8:25-cr-425-MSS-LSG | DATE:  May 26, 2026 |
| TITLE: <br><br>**UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>v.<br><br>**MIKE ENRIQUE HAYLOCK GUILLEN,**<br><br>          Defendant, | |
| TIME:  9:31 AM – 10:14 AM | TOTAL:  43 MIN |
| Courtroom Deputy: Gretchen O'Brien | Interpreter: James Plunkett / Spanish |
| Court Reporter:  David Collier | Probation: Daia Jung |
| Counsel for Government:  Joseph Ruddy, AUSA | |
| Counsel for Defendant:  Gerasimos Theophilopoulos, CJA | |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Interpreter sworn.

Defendant sworn and adjudicated guilty as to Counts One and Two of the Indictment.

Statements made by counsel and the defendant.

Imprisonment: 70 MONTHS. This term consists of 70 months as to Count One and 70 months as to Count Two, all such terms to be served concurrently. The defendant shall receive credit for all time served since the date of interdiction (August 18, 2025).

The Court makes the following recommendations to the Bureau of Prisons:

☒ Placement at FCI Coleman, Florida.
☒ Participation in vocational training in electrical and mechanics and the Residential Drug Abuse Program (RDAP). The Court also recommends that the defendant has his back evaluated and receives appropriate medical intervention.

Supervised Release: 2 YEARS. This term consists of 2 years as to Count One and 2 years as to Count Two, all such terms to be served concurrently.

Fine is waived

Restitution: n/a

Special Assessment: $200.00. This obligation is to be paid immediately.

Special conditions of supervised release:

- If deported by the Bureau of Immigration and Customs Enforcement, Defendant shall not re-enter the United States until allowed to do so legally.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

Defendant is remanded to the custody of the US Marshal

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.